JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LIZ MAGBUAL,
an unmarried woman,

Plaintiff,

v.

LEHMAN BROTHERS BANK, FSB, a
Business Entity, form unknown;
UNKNOWN MORTGAGE BROKER, a
Business Entity, form unknown;
CHICAGO TITLE COMPNAY, a
Business Entity, form unknown;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., a
Business Entity, form unknown; and
DOES 1-20, inclusive,

Defendants.

Case No. SACV 10-1386 CJC (RNBx)

**JUDGMENT OF DISMISSAL**

On May 2, 2011, the Court granted Defendants Lehman Brothers Bank, FSB and Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss the First Amended Complaint, and allowed Plaintiff Liz Magbual twenty (20) days to file a second amended complaint to cure the defects in the First Amended Complaint. To date, Plaintiff has not filed a second amended complaint, and her time for doing so has expired.

////

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

As Plaintiff has failed to amend her complaint within the time allowed by the Court, and for the reasons explained in Defendants' Motion to Dismiss [doc. no. 17] and the Order Granting Motion to Dismiss [doc. no. 19], the Court hereby ORDERS this case and each cause of action DISMISSED WITH PREJUDICE as to Defendants Lehman Brothers Bank, FSB and Mortgage Electronic Registration Systems, Inc.

IT IS SO ORDERED.

Dated: June 02, 2011

By: _____
Hon. Cormac J. Carney
Judge of United States District Court